**Order entered November 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00999-CR

**ISAIAH SIMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-53864-Y**

## ORDER

Before the Court are Appellant's Objection to Supplemental Clerk's Record filed on June 14, 2013, and Objection to the Third Supplemental Clerk's Record filed on November 6, 2013. We **OVERRULE** the objections.

/s/    JIM MOSELEY
          JUSTICE